IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Justin L. Hawbaker,                          :
                    Petitioner               :
                                             :
            v.                               :      No. 224 C.D. 2016
                                             :
Workers' Compensation Appeal                 :
Board (Kriner's Quality Roofing              :
Services and Uninsured Employer              :
Guaranty Fund),                              :
                    Respondents              :

# **ORDER**

AND NOW, this 10th day of May, 2017, the opinion in the above matter, filed February 13, 2017, is hereby AMENDED as shown in the bolded language of the attached opinion. In all other respects, the opinion and order shall remain in effect.

The opinion shall be designated OPINION rather than MEMORANDUM OPINION, and it shall be reported.

_____
MARY HANNAH LEAVITT, President Judge